## Case No. 8,975.
### MAIN v. MURRAY.

[Cited in Corbet v. Johnson, Case No. 3,218. Nowhere reported; opinion not now accessible.]